IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARY HENTON, | ) | CASE NO. 1:07CV2221 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| -vs- | ) | |
| | ) | |
| UNUM PROVIDENT LIFE INSURANCE, | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | |
| Defendant. | ) | |

Now comes Plaintiff by and through her undersigned counsel and hereby states that all claims set forth in the Complaint, or which could have been set forth in this matter by Plaintiff, have been settled and that this matter shall now be dismissed with prejudice Defendants to bear Court costs.

Respectfully submitted,

IT IS SO ORDERED.

DATE: 2/19/08

*Christopher A. Boyko*
Judge Christopher A. Boyko
United States District Court

s/ Andrew L. Margolius
Andrew L. Margolius (0003402)
**Margolius, Margolius and Associates**
55 Public Square, Suite 1100
Cleveland, Ohio 44113-1901
(216) 621-2034; (216) 621-1908 (fax)
E mail: andrew@margoliuslaw.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties via the Courts electronic filing system on this 19th day of February, 2008.

s/ Andrew L. Margolius

FILED
FEB 19 2008
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND